JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIZONA TILE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No. 2:22-cv-03013-FLA (PVCx)<br><br>**ORDER APPROVING JOINT STIPULATION [DKT. 48] AND DISMISSING ACTION [DKT. 47]** |

On July 3, 2023, Plaintiff Arizona Tile, LLC ("Plaintiff") and Defendant Continental Casualty Company ("Defendant") filed a Joint Notice of Settlement and Request to Further Defer Ruling on Defendant's Pending Motion to Dismiss (the "Notice of Settlement"), stating the parties had agreed to settle the action and asking the court to defer ruling on the pending motion to dismiss. Dkt. 47. The parties also stated their intent to stipulate for Plaintiff to file an amended complaint removing all references to unnamed putative class members prior to seeking the dismissal of this action. *Id.*

On July 11, 2023, the parties filed a Joint Stipulation Regarding Plaintiff's First

1

Amended Complaint (the "Joint Stipulation"). Dkt. 48. In the Joint Stipulation, the parties stipulated to allow Plaintiff to file its First Amended Complaint, which was attached. *Id.* The court hereby APPROVES the Joint Stipulation.

Having considered the Notice of Settlement and Joint Stipulation, and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: July 25, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge